IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Samuel Mullin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 C 6086 |
| | ) | |
| v. | ) | |
| | ) | Judge Charles P. Kocoras |
| Jerry Lyte, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

     On December 5, 2014, Defendant Jerry Lyte moved for summary judgment. (Dkt. No. 25.) Plaintiff Samuel Mullin ("Mullin") was ordered to file a response by January 12, 2015. The Court later extended the deadline to February 12, 2015. (Dkt. No. 31.) On March 16, 2015, the Court ordered Mullin to show cause within 28 days as to why this case should not be dismissed for want of prosecution. Mullin was warned that if he failed to respond, the case would be summarily dismissed. Despite this admonishment, Mullin has not responded to the Court's order. Therefore, this case is dismissed with prejudice for want of prosecution. *See Fed. Election Comm'n v. Al Salvi for Senate Comm.*, 205 F.3d 1015, 1018 (7th Cir. 2000) (court has authority both inherently and under Rule 41(b) to dismiss case as a sanction for noncompliance with a court order).

Date: 4/20/2015

                                                                     Charles P. Kocoras
                                                                     U.S. District Court Judge